IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA : No. 35 WM 2018

                           : Court of Common Pleas of Forest County,
           v.                  : 42 of 2017 - Criminal


KIMBERLY CARLL                  :


COMMONWEALTH OF PENNSYLVANIA : Court of Common Pleas of Forest County,
                           : 40 of 2017 - Criminal
           v.                  :

DEAN CARLL                      : Change of Venue

## ORDER

AND NOW, this **27** day of March, 2018, the Honorable Maureen A. Skerda of the Court of Common Pleas of Forest & Warren Counties having certified to this Court an Order for change of venue in the above matter pursuant to Pa.R.Crim.P. 584(B), it is

ORDERED that said case shall be transferred to Warren County in compliance with Pa.R.Crim.P. 584(B).

_Thomas B. Saylor_
Chief Justice